No. 05–6037. KRONCKE v. CITY OF PHOENIX, ARIZONA, ET AL. Ct. App. Ariz. Certiorari denied.

No. 05–6040. McGEE v. TERRY, WARDEN. Super. Ct. Tattnall County, Ga. Certiorari denied.

No. 05–6047. CAPERS v. H & R BLOCK FINANCIAL ADVISORS, INC. C. A. 3d Cir. Certiorari denied.

No. 05–6049. FECK v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 05–6062. METZENBAUM v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 05–6064. COPLEY v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 05–6070. GOSSETT v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 10th Cir. Certiorari denied.

No. 05–6074. HOLBROOK v. YAMAMOTO FB ENGINEERING, LLC. C. A. 6th Cir. Certiorari denied.

No. 05–6086. MOSLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6111. ADAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6120. MADERA-SANCHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6121. JACOBS v. MICHIGAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6124. WYATT ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6133. PEREZ-SERANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.